# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ka'Ba Shabazz Muhammad<br>*Petitioner*<br>v.<br>Warden(F.C.I) (F.B.O.P.)<br>*Respondent* | )<br>)<br>)  Civil Action No.  4:19-cv-186-BHH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date:   June 4, 2019                              *CLERK OF COURT*

                                                   s/Debbie Stokes
                                          _____
                                          *Signature of Clerk or Deputy Clerk*